FORD MOTOR COMPANY v. NATIONAL LABOR RELATIONS BOARD.

No. 8019.

Circuit Court of Appeals, Sixth Circuit.

Jan. 17, 1939.

Frederick H. Wood, William D. Whitney, and Gravath, DeGersdorff, Swaine & Wood, all of New York City, for petitioner.

Charles Fahy, of Washington, D. C., for respondent.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It appearing to the court that mandate in the above entitled cause was this day received from the Supreme Court, 59 S.Ct. 301, 83 L.Ed. ——, it is ordered that said mandate be filed and noted on the docket and that this cause be and is remanded to the National Labor Relations Board for the

purpose of setting aside its findings and order of December 22, 1937 and issuing proposed findings, and making its decision and order upon a reconsideration of the entire cause.